UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICE AMERSON,

           Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

           Defendant.
_____/

Case No. 12-14395

Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

ORDER (1) ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION (ECF NO. 31); (2) GRANTING PLAINTIFF'S ATTORNEY'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) (ECF NO. 28); AND (3) AWARDING ATTORNEY FEES IN THE AMOUNT OF $6,124.25

Before the Court is Magistrate Judge David R. Grand's August 7, 2015 Report and Recommendation regarding Plaintiff's attorney's motion for Attorneys' Fees under pursuant to 42 U.S.C. § 406(b). (Report and Recommendation, ECF No. 31). As set forth in the Report and Recommendation, the Magistrate Judge recommends that this Court grant Plaintiff's attorney's motion and award her attorney fees in the amount of $6,124.25.

Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d),

the Court ADOPTS the Report and Recommendation (ECF No. 31); GRANTS Plaintiff's Attorney's Motion for Attorney Fees under 42 U.S.C. § 406(b) (ECF No. 28); and award fees to her in the amount of $6,124.25.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: August 31, 2015

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 31, 2015.

s/Deborah Tofil
Case Manager